IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PROTECTIVE LIFE INSURANCE COMPANY            PLAINTIFF

v.            CIVIL ACTION NO. 1:21-cv-00134-SA-RP

LINDA REMMERS, KIMBERLY REMMERS,            DEFENDANTS
and CLAUDE PLAXICO

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on August 30, 2021. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 14th day of September, 2021.

                                             /s/ Sharion Aycock
                                             UNITED STATES DISTRICT JUDGE