IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Interpleader Plaintiff, | ) Civil Action No. 1:21-cv-134-SA-RP |
| v. | )<br>) |
| LINDA REMMERS, KIMBERLY REMMERS, and CLAUDE PLAXICO, | )<br>)<br>) |
| Interpleader Defendants. | ) |

### ORDER GRANTING STIPULATION FOR PROTECTIVE LIFE INSURANCE COMPANY'S DEPOSIT OF PROCEEDS, DISCHARGE, AND DISMISSAL

The Parties' Stipulation for Protective Life Insurance Company's Deposit of Proceeds, Discharge, and Dismissal is GRANTED in its entirety and IT IS HEREBY ORDERED as follows:

1. Within fifteen (15) business days of the entry by the Court of this Order, Protective Life Insurance Company ("Protective") shall deposit into the Registry of the Court the death benefit of Policy No. PL0800553 (the "Policy"), plus applicable accrued interest, less Protective's reasonable attorneys' fees in the amount of $3,000.00 (collectively, the "Policy Death Benefit").[1]

2. Upon deposit of the Policy Death Benefit into the Registry of the Court as specified in Paragraph 1 above, Protective is dismissed from this action with prejudice and discharged from all further liability with respect to, affecting, or in any way arising out of the Policy.

3. Upon deposit of the Policy Death Benefit into the Registry of the Court as specified in Paragraph 1 above, Interpleader Defendants Linda Remmers, Kimberly Remmers, and Claude Plaxico (collectively, the "Interpleader Defendants") are permanently enjoined from instituting or

---

[1] The Interpleader Defendants expressly reserve the right to seek recovery against the opposing Interpleader Defendant(s) for Protective's fees incurred in initiating the action.

prosecuting any other proceeding, arbitration, or lawsuit against Protective or any of its parent companies, affiliates, agents, predecessors, successors, or assigns, including, but not limited to, Protective Life Corporation, The Dai-ichi Life Insurance Company, Limited, and/or Dai-ichi Life Holdings, Inc., with respect to the Policy Death Benefit, as well as any and all claims that were or could have been raised in this action against Protective relating to the Policy.

4. Any person not yet joined as a party to this action who may make a claim for, or be entitled to, the Policy Death Benefit is joined and subject to Paragraph 3 above.

5. The Interpleader Defendants shall continue to assert in this action their claims to the Policy Death Benefit.

6. All claims actually asserted or which might have been asserted against Protective herein are hereby dismissed with prejudice and Protective is hereby dismissed with prejudice from this action.

_____
SENIOR U.S. DISTRICT JUDGE

Dated: October 6, 2021