IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY | )<br>)<br>) |
| Interpleader Plaintiff | ) |
| V. | ) CASE NO. 1:21-cv-134-GHD-RP |
| | ) |
| LINDA REMMERS, KIMBERLY REMMERS and CLAUDE PLAXICO | )<br>) |
| | ) |
| Interpleader Defendants | ) |

## ORDER GRANTING STIPULATION OF DISBURSAL OF INTERPLEADER FUNDS AND DISMISSAL WITH PREJUDICE

The Parties' Stipulation of Disbursal of Interpleader Funds and Dismissal with Prejudice is GRANTED in its entirety and IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is ordered and directed to disburse the Policy Death Benefit funds on deposit in the Registry of the Court to "Linda Remmers, Kimberly Remmers and their attorneys, Priest & Wise, PLLC," care of A. Rhett Wise, P.O. Box 46, Tupelo, Mississippi 38802, as counsel for Interpleader Defendants Linda Remmers and Kimberly Remmers.

2. Any and all claims of Interpleader Defendants, Linda Remmers, Kimberly Remmers and Claude Plaxico are dismissed with prejudice pursuant to Rule 41(a)(2).

_____
SENIOR U.S. DISTRICT JUDGE

Dated: December 10th 2021.